UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JEREMY CROWN                                                    PLAINTIFF

VS.                                           CASE NO. 3:08CV418TSL-JCS

NISSAN NORTH AMERICAN, INC.                                     DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is hereby ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 8th day of June, 2009.


                                        /s/ Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE